# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, Patrick N. Fanning, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit pro hac vice, Alan Schoenfeld, an attorney admitted to practice in a United States District Court, but not admitted to the Bar of this court, who will be counsel for the Defendant Cerner Corp., in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

/s/Patrick N. Fanning
**Signature of Movant/Attorney**

47615
**MO Bar Number**

June 24, 2025
**Date**

2345 Grand Boulevard, Suite 2200
**Address**

816.260.5416
**Phone**

Kansas City, Missouri 64108-2618

### Affidavit of Proposed Admittee

I, Alan Schoenfeld, certify that I reside outside the boundaries of the Western District of Missouri and I am not admitted to the Bar of this court. I am a member in good standing in the state(s) of New York, New Jersey, and DC and the United States District Court(s) of (see attached). (Attach additional page if necessary.) Pursuant to Local Rule 83.5(h), I certify I am a member in good standing in all bars of which I am a member. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

**Case Number(s):**
See Attachment A

**Case Title(s)**
See Attachment A

**Date:** June 24, 2025

**Signature:** /s/ Alan Schoenfeld

**State Bar of Residence & Bar Number:**
NY 4500898

**Address:** 7 World Trade Center
New York, NY 10007

**Phone:** (212) 937-7294

**Email:** alan.schoenfeld@wilmerhale.com

Pursuant to WDMO Local Rule 83.5(g) a fee of $100 is required for each case in which the attorney is seeking admittance.

**Attachment A to Petition for Admission *Pro Hac Vice***

1. *Blount et al. v. Oracle Health, Inc.*, 4:25-cv-00259-BP

2. *Moore. v. Oracle Health, Inc.*, 4:25-cv-00281-BP

3. *Mottley v. Oracle Health, f/k/a Cerner Corporation*, 4:25-cv-00308-BP

4. *LaPointe v. Cerner Corporation d/b/a Oracle Health Inc. and Union Health System, Inc.*, 4:25-cv-00313-BP

5. *Smith v. Cerner Corporation d/b/a Oracle Health Inc. and Union Health System, Inc.*, 4:25-cv-00331-BP

6. *Adams v. Cerner Corporation d/b/a Oracle Health Inc. and Union Health System, Inc.*, 4:25-cv-00345-BP

7. *Hoffman v. Cerner Corporation d/b/a Oracle Health Inc. and Union Health System, Inc.*, 4:25-cv-00347-BP

8. *Taylor v. Cerner Corporation d/b/a Oracle Health Inc. and Union Health System, Inc.*, 2:25-cv-04098-BP

9. *Page v. Cerner Corporation d/b/a/ Oracle Health Inc. and Union Health System, Inc.*, 4:25-cv-00354-BP

10. *Melvin v. Cerner Corporation d/b/a Oracle Health Inc. and Union Health System, Inc.*, 4:25-cv-00368-BP

11. *Carnahan v. Cerner Corporation d/b/a Oracle Health Inc. and Union Health System, Inc.*, 4:25-cv-00370-BP

12. *Beard v. Cerner Corporation d/b/a Oracle Health Inc. and Union Health System, Inc.*, 4:25-cv-00384-BP

13. *Woolard v. Union Health System and Cerner Corporation d/b/a/ Oracle Health Inc.*, 4:25-cv-00394-BP

14. *Rogers v. Cerner Corporation d/b/a/ Oracle Health Inc. and Union Health System*, 4:25-cv-00402-BP

15. *Venaglia v. Cerner Corporation d/b/a/ Oracle Health Inc. and Union Health System*, 4:25-cv-00422-BP

**Attachment B: List of Court Admissions for Alan E. Schoenfeld**

**State Court Admissions:**

New York

New Jersey

District of Columbia


**United States District Court and Court of Appeals Admissions:**

Supreme Court of the United States

U.S. Court of Appeals for the First Circuit

U.S. Court of Appeals for the Second Circuit

U.S. Court of Appeals for the Third Circuit

U.S. Court of Appeals for the Fourth Circuit

U.S. Court of Appeals for the Fifth Circuit

U.S. Court of Appeals for the Sixth Circuit

U.S. Court of Appeals for the Seventh Circuit

U.S. Court of Appeals for the Ninth Circuit

U.S. Court of Appeals for the Tenth Circuit

U.S. Court of Appeals for the Eleventh Circuit

U.S. Court of Appeals for the D.C. Circuit

U.S. Court of Appeals for the Federal Circuit

U.S. Court of Appeals for Veterans Claims

U.S. District Court for the District of Columbia

U.S. District Court for the Eastern District of Michigan

U.S. District Court for the District of New Jersey

U.S. District Court for the Eastern District of New York

U.S. District Court for the Southern District of New York

U.S. District Court for the Western District of New York

U.S. District Court for the Eastern District of Wisconsin